FILED
CLERK, U.S. DISTRICT COURT
10/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:21-cr-00494-MCS |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| MATTHEW CHARLES ELSTEIN, | |
| Defendant. | |

The Acting United States Attorney charges:

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant MATTHEW CHARLES ELSTEIN was a resident of Los Angeles County, California.

2. Between on or about December 12, 1994 and on or about March 1, 2019, defendant ELSTEIN was an attorney licensed by the California State Bar.

B.   THE SCHEME TO DEFRAUD

3. Beginning on an unknown date, but no later than on or about September 30, 2014, and continuing through at least on or about July 11, 2018, in Los Angeles County, within the Central District of

California, and elsewhere, defendant ELSTEIN, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud defendant ELSTEIN's legal clients as to material matters, and to obtain money and property from defendant ELSTEIN's legal clients by means of material false and fraudulent pretenses, representations, and promises and the concealment of material facts.

C.   THE MANNER AND MEANS OF THE SCHEME TO DEFRAUD

   4.   The scheme to defraud operated, in substance, in the following manner:

   a.   Individuals and businesses would retain defendant ELSTEIN as their attorney to represent them in legal matters.

   b.   Defendant ELSTEIN would inform his clients that he filed, on the client's behalf, complaints, motions and other pleadings in court when, in fact, defendant ELSTEIN had filed no such complaints, motions and pleadings.

   c.   Defendant ELSTEIN would solicit from his clients payment for legal services that he never rendered and for expenses he never incurred.

   d.   Defendant ELSTEIN would provide fraudulent court orders, settlement agreements, and other legal documents to defendant ELSTEIN's clients representing that defendant ELSTEIN had obtained favorable legal resolutions for his clients when, in fact, no such favorable legal resolutions had been reached.

D.   THE USE OF THE WIRES

   On or about June 7, 2016, in Los Angeles County, within the Central District of California, defendant ELSTEIN, for the purpose of executing the above-described scheme to defraud, transmitted and caused the transmission of a wire communication in interstate and

foreign commerce, namely, defendant ELSTEIN, using his email account matt.elstein@gmail.com, sent an email to Victim C.S.S. in which defendant ELSTEIN instructed Victim C.S.S. to wire $3,500 to defendant ELSTEIN for "deposition related expenses," when, in fact, no such deposition expenses had been incurred because there was no deposition.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption & Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption & Civil Rights Section

AGUSTIN D. OROZCO
Assistant United States Attorney
Public Corruption & Civil Rights Section