# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**FILED** CLERK, U.S. DISTRICT COURT
10/20/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Case Number: 2:21-cr-00494-MCS
Defendant Number: 1
U.S.A. v. Matthew Charles Elstein
Year of Birth: 1970
☐ Indictment   ☑ Information
Investigative agency (FBI, DEA, etc.): FBI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense: June 7, 2016

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
☑ Los Angeles   ☐ Ventura
☐ Orange   ☐ Santa Barbara
☐ Riverside   ☐ San Luis Obispo
☐ San Bernardino   ☐ Other

Citation of Offense:

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
☑ No   ☐ Yes
If "Yes," Case Number:

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on:
Case Number:
Assigned Judge:
Charging:
The complaint/CVB citation:
☐ is still pending
☐ was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes
IF YES, provide Name: Candice L. Fields
Phone Number: 916.414.8050

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☐ No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on:

Case Number:

The superseded case:
☐ is still pending before Judge/Magistrate Judge
☐ was previously dismissed on

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☐ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male ☐ Female
☑ U.S. Citizen ☐ Alien

Alias Name(s) _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ Other _____
☐ public corruption
☐ tax offenses
☑ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal, U.S. Marshals Service Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: _____
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. __20__ __21__ __40__

---

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  10/20/2021

Signature of Assistant U.S. Attorney
Agustin D. Orozco
Print Name