# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW CHARLES ELSTEIN,<br><br>Defendant. | Case No. 2:21-CR-00494-MCS<br><br>ORDER ON THIRD STIPULATION CONTINUING SENTENCING HEARING (ECF No. 25) |

The Court has read and considered the Stipulation for Order Continuing Sentencing Hearing filed by the defendant in this matter on June 22, 2022. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Sentencing Hearing.

**THEREFORE, FOR GOOD CAUSE SHOWN:**

1. The date of the Sentencing Hearing is extended to October 3, 2022, at 3:00 p.m.
2. Medical records and assessments to be introduced at sentencing must be produced by the defendant to the government no later than August 22, 2022.

/ / /

/ / /

3. The defendant shall appear for sentencing on October 3, 2022, at 3:00 p.m.

**IT IS SO ORDERED.**

Dated: June 27, 2022

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE